CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 2 2018

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Civil/Criminal No.: 16-CR-196 (ESH)
)
CHARLES MORGAN )
)

## NOTE FROM JURY

Please provide the exact date and time¹ of each of the three (3) voice calls entered into evidence.

¹ of occurrence

Date: MAY 2, 2018

Time: 11:55 AM

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

MAY - 2 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

vs.  )  Civil/Criminal No.: 16-CR-196 (ESH)

CHARLES MORGAN

## NOTE FROM JURY

Please provide the definition of the word "believed" as used in Count 2, element 2.

Date: 5/2/18

Time: _____

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

MAY - 2 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

vs.

Civil/Criminal No.: 16-CR-196 (ESH)

CHARLES MORGAN

## NOTE FROM JURY

We, The Jury, have reached a verdict.

Date: 5/2/18.

Time: 3:48 PM.